FILED

1    STEVE W. BERMAN (*pro hac vice pending*)
     HAGENS BERMAN SOBOL SHAPIRO LLP    2013 NOV -5  PM 1: 06
2    1918 Eighth Avenue, Suite 3300
     Seattle, WA 98101                  CLERK U.S. DISTRICT COURT
3    Telephone: (206) 623-7292            CENTRAL DIST. OF CALIF.
     Facsimile: (206) 623-0594                 SANTA ANA
4    steve@hbsslaw.com
                                         BY _____
5    LEE M. GORDON (SBN 174168)
     HAGENS BERMAN SOBOL
6    SHAPIRO LLP
     301 N. Lake Ave., Suite 203
7    Pasadena, CA 91101
     Tel.: (213) 330-7150
8    Fax: (213) 330-7152
     lee@hbsslaw.com
9
10   *Attorneys for Plaintiff*
     *and the Proposed Class*
11
12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14
15   Gregory T. Pero, an individual, *et al.*; on    )   No.   **SACV13-01749 JLS (ANx)**
     behalf of himself and all others similarly      )
16   situated,                                        )
                                                      )   **CLASS ACTION**
17            Plaintiff,                              )
                                                      )   **COMPLAINT FOR DAMAGES**
18       v.                                           )   **AND INJUNCTIVE RELIEF**
                                                      )
19   Medical Management International, Inc.,          )
20   d.b.a. Banfield Pet Hospital, a Delaware         )
     corporation,                                     )
21                                                    )
              Defendant.                              )   **Demand for Jury Trial**
22                                                    )
                                                      )
23                                                    )
                                                      )
24                                                    )
                                                      )
25   _____ )

26
27
28

Plaintiff Gregory T. Pero ("Plainitff") brings this action on behalf of himself and all others similarly situated against Medical Management International, Inc., d.b.a. "Banfield Pet Hospital" ("Banfield" or "Defendant"). Plaintiff's allegations against Defendant are based upon information and belief and upon investigation of Plaintiff's counsel, except for allegations specifically pertaining to Plaintiff, which are based upon Plaintiff's personal knowledge.

## I.   OVERVIEW

1.    Plaintiff holds these truths to be self-evident: (a) Pet care providers should be honest about the true costs of their products and services, and (b) pet care providers should not upsell unnecessary pet care.

2.    Banfield is part of the multi-billion dollar Mars, Inc. conglomerate, which is best known for selling branded candy products. Banfield operates hundreds of pet care outlets through PetSmart stores around the country.

3.    Banfield aggressively markets, advertises, and sells "Optimum Wellness Plans" ("Wellness Plans" or "OWPs") that purportedly offer deep savings and discounts for preventive pet care services and related pet care products. Banfield has enrolled more than 1 million pets in its OWPs nationwide.

4.    Banfield does not provide the promised savings and discounts under its OWPs, and Banfield upsells unnecessary pet care to OWP clients. This class action seeks to remedy: (a) Banfield's deceptive marketing of savings and discounts under OWPs; and (b) Banfield's deceptive and coercive upselling of additional pet care products and services. Banfield's conduct violates consumer protection laws in California and nationwide.

5.    In particular, Banfield's conduct violates California laws prohibiting sellers from marketing savings and discounts that are false or misleading, and prohibiting them from using unfair sales tactics to sell their goods and services. In this regard, the challenged conduct violates: (i) California's Business & Professions

Code §§ 17500, *et seq.* (the "FAL"), (ii) the Consumers Legal Remedies Act, California Civil Code §§ 1750, *et seq.* (the "CLRA"), (iii) California's Business & Professions Code §§ 17200, *et seq.* (the "UCL"), (iv) California's common law of intentional misrepresentation, (v) California's common law of concealment, and (vi) the unfair competition laws of various states that correspond to the UCL.

6.     Banfield's OWPs include one or more physical exams, vaccines, and diagnostic tests for cats or dogs.  Additional preventive care services—such as a dental cleaning, urine tests, or X-rays—are included in Banfield's higher-priced OWPs.  The OWPs include: 2 Puppy Plans (Early Care, and Early Care Plus), 3 Adult Dog Plans (Essential Wellness Adult Care, Active Prevention, and Special Care), 2 Kitten Plans (Early Care, and Early Care Plus), and 3 Adult Cat Plans (Essential Wellness Adult Care, Active Prevention, and Special Care).  These OWPs are advertised and operate in a substantially similar manner to one another, with minor variations in service options.

7.     At the check-in counters, Banfield service representatives heavily promote the OWPs.  At or next to each in-store check-in counter, Banfield disseminates a brochure and price sheet advertising OWPs for dogs and a very similar brochure and price sheet advertising OWPs for cats.  Through its in-store representatives and print advertising, Banfield promises deep savings and discounts available under each OWP.  Banfield also advertises OWP savings and discounts through invoices and correspondence to clients.

8.     For at least the past four years, however, Banfield has misrepresented— and continues to misrepresent—the nature and amount of savings and discounts to be realized through the purchase and use of OWPs.  In this regard, for each OWP, Banfield advertises a monthly payment plan that purportedly entitles clients to minimum savings off of regular costs for preventive pet care products and services

plus fixed discounts on additional products and services sought by OWP customers. Banfield, however, simply does not provide the promised savings and discounts.

9.      In particular, under the OWPs, Banfield promises substantial minimum savings on preventive pet care (e.g., more than $600/yr savings with the base-level dog plan, for percentage savings of more than 50% vs. regular costs). Banfield also promises that the OWP customer will receive an additional discount on Banfield's other pet care products and services not covered under the plan (e.g., an additional 10% off with the base-level adult dog plan).

10.      Under each OWP, Banfield promises savings and discounts in exchange for a one-time membership fee (e.g., $49.95) plus monthly payments (e.g., $31.95/mth for a base level adult dog plan). Banfield also communicates orally and in written invoices and client renewal letters that OWP clients will receive pet care savings each visit and/or each month.

11.      Nonetheless, Banfield misrepresents, conceals, and fails to fully disclose the warped service assumptions and inflated pricing scheme on which the purported savings and discounts are based.

12.      Banfield promises that OWP customers always get the services they pay for, and Banfield advertises deep savings at every visit and during each month that the client owns an OWP. In reality, the savings begin to evaporate when the OWP client does not need or cannot use one or more of the bundled products and/or services under the plan. Moreover, the advertised savings cannot be achieved each visit or each month, as Banfield effectively represents. Rather, the OWP client first would need to use an uncertain number and variety of Banfield pet care products and services *over the course of an entire plan year*. Meanwhile, Banfield overstates its regular fees and tacks on miscellaneous fees and markups, which misrepresents the ultimate savings and discounts earned by OWP clients.

13.     Pet care providers should put the welfare of pets ahead of corporate profits.  Unfortunately, Banfield places a high priority on achieving an Average Patient Charge (also known as "Average Per-Client Charge" or "APC").  In an effort to increase the Average Patient Charge, Banfield uses deceptive and coercive tactics to sell additional pet care products and services to OWP clients.  Among other things, Banfield systematically orders extra diagnostic tests and medications for OWP clients in order to boost the Average Patient Charge.  These upselling efforts compel the OWP client to spend money he or she would not have otherwise spent and wipe out the savings and discounts promised under the OWPs.

14.     Upon information and belief, Banfield routinely markets deceptive savings on OWPs and discounts under OWPs via staff representations to consumers, in-store print advertising, and client invoices.  Plaintiff is also informed and believes that Banfield disseminates this deceptive marketing to consumers throughout California and nationwide.

15.     Banfield's marketing alters consumer perceptions regarding the nature and value of the OWPs.  Reasonable consumers expect that they actually will receive the advertised savings on OWPs and discounts under OWPs.  In reality, through deceptive advertising and unfair sales tactics, Banfield induces consumers to purchase and retain OWPs and to overpay for Banfield's pet care products and services offered thereunder.

16.     Upon information and belief, thousands of California and nationwide consumers have been victims of Banfield's deceptive marketing of OWPs and corresponding unfair sales tactics.  Banfield knows or reasonably should know that its marketing of OWPs (and the pet care products and services offered thereunder) is and was deceptive, unfair and unlawful.

17.     At all relevant times, Banfield has been under a duty to Plaintiff and other similarly situated consumers to disclose the truth about the purported savings

and discounts offered through the purchase of OWPs, and to abstain from deceptive and coercive upselling of additional pet care products and services to OWP clients.

18.     The true facts about the value of the OWPs, and the pet care products and services sold thereunder, would be material to a reasonable consumer. Therefore, consumer reliance upon Banfield's misrepresentations and omissions can and should be presumed as a matter of law.

19.     At the time Plaintiff purchased and renewed OWPs from Banfield, and at the time he obtained pet care products and services under the OWPs, Plaintiff actually relied upon Banfield's representations about OWP savings and discounts, and the value of the underlying products and services.  Plaintiff and other similarly situated consumers were likely to be misled, and they reasonably and justifiably relied to their detriment on Banfield's misrepresentations and omissions of material facts about the savings, discounts, products, and services to be provided through the purchase and use of OWPs.

20.     If Banfield had disclosed the truth about the advertised savings, discounts, products, and services to be provided through the purchase and use of OWPs, then Plaintiff either would not have purchased the OWPs and/or the pet care products or services thereunder, or Plaintiff would not have paid as much as he did for them.

21.     As a result of its deceptive marketing and unfair sales tactics, Banfield has generated substantial revenues from the sale of OWPs and the sale of additional pet care products and services to OWP clients.

22.     Plaintiff, individually and on behalf of all others similarly situated, seeks damages, restitution and injunctive relief to put an end to Banfield's ongoing deceptive marketing and unfair business practices.

## II.    JURISDICTION

23.    This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because the amount in controversy for the Class exceeds $5,000,000, and Plaintiff and other putative Class members are citizens of a different state than Defendant.

24.    This Court has personal jurisdiction over Plaintiff Gregory T. Pero because he resides in California and submits to the Court's jurisdiction.  This Court has personal jurisdiction over the Defendant because it conducts substantial business in the Central District and throughout the State of California.

25.    Venue is proper in this Court because Defendant sold its OWPs within the Central District of California, and a substantial number of the transactions at issue in this Complaint occurred within this District.

## III.    PARTIES

26.    Plaintiff Gregory T. Pero is and was at all relevant times a citizen of the State of California, residing in the City of Anaheim Hills.

27.    Plaintiff has purchased from Banfield, and has used and renewed, several OWPs over the course of the past sixteen years, including purchases and renewals of dog and cat OWPs paid for over the past four years, and the purchase of pet care products and services under those OWPs.

28.    Plaintiff purchased each OWP for personal, family, and household purposes.  Plaintiff saw and heard Banfield's representations that its OWPs provided substantial savings and discounts off of the regular costs of Banfield's pet care products and services.  Plaintiff relied on such representations in deciding to purchase, use, and renew his OWPs, and the pet care products and services sold thereunder, in order to care for his pets.

29.     Plaintiff also purchased additional pet care products and services from Banfield, including medications and blood tests, in response to the unfair sales tactics described herein.

30.     Plaintiff Pero either would not have purchased OWPs from Banfield, and/or the pet care products or services that he obtained thereunder, had Banfield properly disclosed the true nature and amount of the purported savings and discounts, and properly disclosed the true facts about its upselling, and/or he would not have paid as much money for the OWPs or for the products and services sold thereunder.

31.     Plaintiff does not assert any personal injury claim to his pets or himself in this action as a result of using Defendant's OWPs or other products or services.

32.     Defendant Medical Management International, Inc., d.b.a. "Banfield Pet Hospital" (also known as Banfield, The Pet Hospital, and formerly known as "VetSmart Pet Hospital" or "VetSmart"), is a Delaware Corporation headquartered in Portland, Oregon.

33.     Plaintiff is informed and believes that Mars, Inc. purchased a majority interest in Banfield in or about 2007, and that PetSmart, Inc. acquired a minority interest in Banfield.

34.     Presently, Banfield operates more than 800 pet hospital outlets across the country, with at least dozens of Banfield outlets located in PetSmart stores throughout California.

## IV.    FACTUAL ALLEGATIONS

**A.    Banfield Advertises Wellness Plans as Providing Substantial Minimum savings and Discounts on Pet Care Products and Services.**

35.     Banfield is one of the nation's largest pet care service providers due to its partnership with PetSmart and outlet locations inside of PetSmart stores.

36.     Banfield staff members aggressively promote the OWPs to consumers who bring their pets to Banfield.  In the process, staff members emphasize the

1   substantial savings and discounts to be achieved under the OWP. In fact, Banfield

2   employees are highly incentivized to push the OWPs on consumers, to pack all

3   preventive pet care into two visits per year, and to push additional products and

4   services each visit as a means to increase their internal Average Patient Charge.

5        37.    Banfield provides an OWP brochure and price sheet at each in-store

6   outlet counter or "hospital" (for dogs and for cats).  The brochure identifies the pet

7   care services to be provided under each OWP.  "Each Plan includes: Unlimited free

8   office visits and physical exams; comprehensive exams by a licensed veterinarian;

9   high quality vaccines; early screening for serious illnesses; convenient drop-offs and

10  evening and weekend hours."

11       38.    According to the in-store brochures: "Unlike insurance, where you pay

12  for coverage you may never use, ***Optimum Wellness Plans always provide the***

13  ***services you pay for***." [Emphasis added] In reality, as discussed herein, the OWPs

14  routinely fail to provide the particular services paid for at the discounted prices being

15  advertised by Banfield.  Indeed, Banfield locations may not even be suited with the

16  proper supplies or equipment to provide each of the services that OWP clients pay

17  for.

18       39.    According to the Banfield brochure regarding the basic OWP for dogs:

19  "Consistent preventive care is essential, even with young healthy dogs.  This

20  Essential Wellness Plan establishes and manages baselines of wellness information

21  to help keep your dog healthy."

22       40.    The OWP service options for dogs are broken out as follows (See

23  *Figures 1-4*):

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Puppy Plans

Establish an early habit of preventive care for your puppies less than six months of age. Remember, dogs age 6-10 years for each one of ours. Start them off on the right paw with the right plan.

### Early Care Plan

**Includes:**

* **Comprehensive physical exam**
  This in-depth evaluation assesses your puppy's overall health and establishes important baseline information.

* **Vaccinations***
  Protects against a wide variety of diseases and infections, based on your pet's individual needs.

* **Diagnostic testing including heartworm, lyme, ehrlichia and ear swab****
  Identifies disease, parasites and infections. Catches issues early before they become more serious and harder to treat.

* **Fecal exams (3X) and deworming (4X)**
  Detects and treats parasites and other intestinal organisms that can cause disease.

* **Free office calls/exams**
  No need to delay when you have a concern about your puppy's health!

**Plus:**
**5% OFF**
most other services

### Early Care Plus Plan

**Includes Early Care Plan services:**

* Comprehensive physical exam
* Vaccinations*
* Diagnostic testing including heartworm, lyme, ehrlichia and ear swab**
* Fecal exams (3X) and deworming (4X)
* Free office calls/exams

**AND:**

* **Spay or neuter surgery including pre-anesthetic blood testing, blood pressure check, internal organ screens and electrolytes**
  Helps your pet live a healthier, happier, longer life and minimizes dog overpopulation. Thoroughly assesses your puppy's health before anesthesia and builds baselines to guide current and future care.

**Plus:**
**10% OFF**
most other services

[*Figure 1*]



## Essential Wellness

Every dog needs a plan. Consistent preventive care is **essential**, even with **young, healthy dogs**. This Essential Wellness Plan establishes and manages baselines of wellness information to help keep your dog healthy.



### *Essential Wellness Plan Includes:*

• **Comprehensive physical exam (2X)**
*This in depth evaluation assesses your dog's overall health and establishes important baseline information for you and your veterinarian.*

• **Vaccinations***
*Protects against a wide variety of diseases and infections, based on your pet's individual needs.*

• **Diagnostic testing including bloodwork, internal organ screens, heartworm, lyme, ehrlichia and ear swab****
*Identifies disease, parasites and infections. Catches issues early before they become more serious and harder to treat. Builds baselines for current and future care.*

• **Fecal exams (2X) and deworming (2X)**
*Detects and treats parasites and other intestinal organisms that can cause disease.*

• **Unlimited free office visits**
*No need to delay when you have a concern about your dog's health!*

Plus:
**10% OFF**
most other services



[*Figure 2*]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Active Prevention

By age three, more than 90 percent of dogs show signs of gum disease which, if left untreated, can lead to serious illness. Give your dog essential care plus active prevention. This plan provides dental cleaning and early screening for common diseases.

### Includes Essential Wellness services

- Comprehensive physical exam (2x)
- Vaccinations*
- Diagnostic testing including bloodwork, internal organ screens, heartworm, lyme, ehrlichia and ear swab**
- Fecal exam (2x) and deworming (2x)
- Unlimited free office visits

### PLUS Active Prevention services

- Dental cleaning including full pre-anesthetic work-up

  *Prevents serious infection, tooth loss, pain and potential for heart and kidney disease. Thoroughly assesses your dog's health before anesthesia.*

- Urine testing

  *Detects infections, dehydration and disease.*

Plus: **15% OFF** nearly all other products and services



*Most vaccines are included in your plan. Your veterinarian may recommend additional vaccines that are not.

[*Figure 3*]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Special Care

Often older dogs or those with special care needs require proactive management of chronic disease. The Special Care Plan is designed specifically for this group.

| Includes Essential Wellness services: | Active Prevention services: | AND Special Care services: |
| --- | --- | --- |
| • Comprehensive physical exam (2X)<br>• Vaccinations*<br>• Diagnostic testing including bloodwork, internal organ screens, heartworm, lyme, ehrlichia and ear swab**<br>• Fecal exams (2X) and deworming (2X)<br>• Unlimited free office visits | • Dental cleaning including full pre-anesthetic work-up<br>• Urine testing | • Chest X-rays (3 views)<br>*Evaluates the tissues, organs and bones in the chest cavity. Assesses potential breathing or heart issues.*<br>• Electrocardiograms (2X)<br>*Verifies that the electrical system in the heart is functioning normally.*<br>• Additional urine testing<br>*Detects infections, dehydration and disease. Important to do twice a year for chronic disease diagnosis and management.* |

Plus:
20% OFF
most other
services

*[Figure 4]*

41.     In particular, the OWP price-sheets set forth the purported "**Minimum Annual Savings**" on pet care services included in the OWP for dogs.  *Figure 5* below reflects a price sheet for the dog OWPs printed in or about January 2013 and disseminated thereafter in Southern California:



[*Figure 5*]

42.     *Figure 6* below reflects a price sheet for dog OWPs printed in or about August 2013 and disseminated in Southern California (also setting forth purported "**Minimum Annual Savings**" on pet care services included in the OWP for dogs):

## Optimum Wellness Plan® Canine Plan Prices

Affordably priced healthcare plans that spread the cost conveniently over 12 months.

### Puppy Plans

|  | Early Care | Early Care Plus |
|---|---|---|
| One-Time Membership Fee | $49.95 | $49.95 |
| Monthly Payment | $32.95 | $39.95 |
| Annual Cost | $395.40 | $479.40 |
| Minimum Annual Savings | $654.16 | $890.11 |
| Additional discount on most products and services | 5% | 10% |

### Adult Plans

|  | Essential Wellness | Active Prevention | Special Care |
|---|---|---|---|
| One-Time Membership Fee | $49.95 | $49.95 | $49.95 |
| Monthly Payment | $31.95 | $39.95 | $49.95 |
| Annual Cost | $383.40 | $479.40 | $599.40 |
| Minimum Annual Savings | $618.33 | $926.81 | $1,426.16 |
| Additional discount on most products and services | 10% | 15% | 20% |

**Optimum Wellness Plans.**
**Your dog's prescription for good health.**

Your Banfield veterinarian will recommend the right wellness plan for your dog.

For complete terms and conditions of membership, please read the Optimum Wellness Plan Agreement.

**Banfield**
PET HOSPITAL

*[Figure 6]*

- 14 -

43.     According to the sample price sheet in *Figure 5*, a consumer purchasing the Active Prevention OWP for one adult dog would pay a one-time Membership Fee of $49.95, plus a Monthly Payment of $39.95, for an Annual Cost of $479.40, reflecting "*Minimum* **Annual Savings**" of $1,008.61.

44.     The purported minimum savings reflected on Banfield price sheets are false and/or misleading. As a general practice prior to purchase, Banfield does not supply consumers with retail price lists or similar information about all of the individual costs used to calculate the advertised savings and discounts.

45.     In truth, many OWP clients save nothing and others save far less than promised. The savings depend on Banfield providing bundled pet care products and services to OWP clients over the course of an entire plan year. Banfield, however, does not actually provide all of the bundled products and services to OWP clients and/or the OWP clients do not need all such products or services, and as a result, the purported savings evaporate. Importantly, if the OWP client cancels during the plan year, any savings may be wiped out, leaving the OWP client with little more than a history of overpayments. The advertised minimum annual savings also ignore the costs of unnecessary pet care products and services upsold to OWP clients as well as bogus "hospitalization" and "professional service" fees that Banfield assesses on top of other charges for services supposedly rendered.

46.     The cat OWP advertising is substantially similar to the dog OWP advertising. According to the Banfield brochure regarding the basic OWP for cats: "Consistent preventive care is essential, even with young healthy cats. This Essential Wellness Plan establishes and manages baselines of wellness information to help keep your cat healthy."

47.     The OWP service options for cats are broken out as follows (See *Figures 7-10*):

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Start your kitten off right.

Establish an early habit of preventive care for your kittens less than six months of age. Remember, cats age 6–10 years for each one of ours. Start them off on the right paw with the right plan.

### Early Care Plan

- **"Introduction" comprehensive physical exam**
  *This in-depth evaluation assesses your kitten's overall health and establishes important baseline information.*

- **"Graduation" comprehensive physical exam**
  *Toward the end of your plan year, we'll focus on what to expect as your kitten moves into adulthood and help you plan for the next stage of preventive care.*

- **Vaccinations***
  *Protects against the most important infectious diseases your kitten can get.*

- **Diagnostic testing including leukemia, feline immunodeficiency virus and ear swab****
  *Identifies disease, parasites and infections. Catches issues early before they become more serious and harder to treat.*

- **Fecal exam (3x) and deworming (4x)**
  *Detects and treats parasites and other intestinal organisms that can cause disease.*

- **Free office visits**
  *No need to delay when you have a concern about your kitten's health!*

### Early Care Plus Plan

*Includes Early Care Plan services:*
- **Comprehensive physical exam (2x)**
- **Vaccinations***
- **Diagnostic testing including leukemia, feline immunodeficiency virus and ear swab****
- **Fecal exam (3x) and deworming (4x)**
- **Free office visits**

*AND:*

- **Spay or neuter surgery including pre-anesthetic blood testing, blood pressure check, internal organ screens and electrolytes**
  *Helps your pet live a healthier, happier, longer life and minimizes cat overpopulation. Thoroughly assesses your kitten's health before anesthesia and builds baselines to guide current and future care.*





**Plus: 5% OFF** nearly all other products and services

**Plus: 10% OFF** nearly all other products and services

[*Figure 7*]

# Essential Wellness



Every cat needs a plan. Consistent preventive care **is essential**, even with **young, healthy cats.** This Essential Wellness Plan establishes and manages baselines of wellness information to help keep your cat healthy.

## Essential Wellness Plan

- **Comprehensive physical exam (2x)**
  This in-depth evaluation assesses your cat's overall health and establishes important baseline information for you and your veterinarian.

- **Vaccinations\***
  Protects against the most important infectious diseases your cat can get.

- **Diagnostic testing including leukemia\*\*, feline immuno-deficiency virus\*\*, heartworm\*\*, bloodwork, internal organ screens and ear swab\*\***
  Identifies disease, parasites and infections. Catches issues early before they become more serious and harder to treat. Builds baselines for current and future care.

- **Fecal exam (2x) and deworming (2x)**
  Detects and treats parasites and other intestinal organisms that can cause disease.

- **Unlimited free office visits**
  No need to delay when you have a concern about your cat's health!



**Plus:**
**10% OFF**
nearly all other products and services

[*Figure 8*]

- 17 -

**Active Prevention**

By age three, more than 85 percent of cats show signs of gum disease which, if left untreated, can lead to serious illness. Give your cat essential care plus active prevention. This plan provides dental cleaning and early screening for common diseases.

**Includes Essential Wellness services**

- Comprehensive physical exam (2x)
- Vaccinations*
- Diagnostic testing including leukemia**, feline immuno-deficiency virus**, heartworm**, bloodwork, internal organ screens and ear swab**
- Fecal exam (2x) and deworming (2x)
- Unlimited free office visits

**PLUS Active Prevention services**

- Dental cleaning including full pre-anesthetic work-up
  *Prevents serious infection, tooth loss, pain and potential for heart and kidney disease. Thoroughly assesses your cat's health before anesthesia.*
- Urine testing
  *Detects infections, dehydration and disease.*

Plus:
**15% OFF**
nearly all other products and services

*[Figure 9]*

- 18 -

[*Figure 10*]

48.     The OWP price-sheets set forth the purported "**Minimum Annual Savings**" on pet care services included in the OWP for cats, which are false or misleading in the same manner as the advertised pricing for dog OWPs. *Figure 11*

below reflects a price sheet for the cat OWPs printed in or about January 2013 and disseminated thereafter in Southern California:

## Optimum Wellness Plan® Feline Plan Prices

Affordably priced healthcare plans that spread the cost conveniently over twelve months.

### Kitten Plans

|  | Early Care | Early Care Plus |
|---|---|---|
| One-Time Membership Fee | $49.95 | $49.95 |
| Monthly Payment | $30.95 | $35.95 |
| Annual Cost | $371.40 | $431.40 |
| Minimum Annual Savings | $457.41 | $617.36 |
| Additional discount on most products and services | 5% | 10% |

### Adult Plans

|  | Essential Wellness | Active Prevention | Special Care |
|---|---|---|---|
| One-Time Membership Fee | $49.95 | $49.95 | $49.95 |
| Monthly Payment | $22.95 | $29.95 | $39.95 |
| Annual Cost | $275.40 | $359.40 | $479.40 |
| Minimum Annual Savings | $661.88 | $982.36 | $1179.45 |
| Additional discount on most products and services | 10% | 15% | 20% |

**Optimum Wellness Plans.**
**Your cat's prescription for good health.**

Your Banfield veterinarian will recommend the right wellness plan for your cat.

For complete terms and conditions of membership, please read the Optimum Wellness Plan agreement.



**Banfield**
PET HOSPITAL

[*Figure 11*]

49.    *Figure 12* below reflects a price sheet for the cat OWPs printed in or about August 2013 and disseminated thereafter in Southern California:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## Optimum Wellness Plan Feline Plan Prices

Affordably priced healthcare plans that spread the cost conveniently over 12 months.

### Kitten Plans

| | Early Care | Early Care Plus |
| --- | --- | --- |
| One-Time Membership Fee | $49.95 | $49.95 |
| Monthly Payment | $30.95 | $35.95 |
| Annual Cost | $371.40 | $431.40 |
| Minimum Annual Savings | $424.56 | $584.51 |
| Additional discount on most products and services | 5% | 10% |

### Adult Plans

| | Essential Wellness | Active Prevention | Special Care |
| --- | --- | --- | --- |
| One-Time Membership Fee | $49.95 | $49.95 | $49.95 |
| Monthly Payment | $22.95 | $29.95 | $39.95 |
| Annual Cost | $275.40 | $359.40 | $479.40 |
| Minimum Annual Savings | $610.53 | $931.01 | $1,128.10 |
| Additional discount on most products and services | 10% | 15% | 20% |

**Optimum Wellness Plans.**
**Your cat's prescription for good health.**

Your Banfield veterinarian will recommend the right wellness plan for your cat.



For complete terms and conditions of membership, please read the Optimum Wellness Plan Agreement.

[*Figure 12*]

24

50.      Banfield also advertises and promotes purported savings on its invoices

25   to OWP clients.  A standard invoice, for instance, includes a column for "Regular

26   Fees", a column for "Your fees", and a summary dollar amount of Wellness Plan

27   discounts to date resulting in "*lifetime savings*" as stated therein.

28

51.     The advertised savings are false or misleading in multiple ways.  While Banfield reports accumulated savings with each visit, no savings actually accumulate until the end of a plan year, if at all.  Furthermore, Banfield double counts OWP membership fees and OWP monthly fees as if they were "regular fees" that would be incurred without the purchase of an OWP.  That is not the case.  By including OWP fees in the regular fee column, Banfield artificially increases the purported regular fees, and thereby inflates the purported savings.  Further, the advertised savings ignore the costs of upsold products and services, and factor out improper charges such as "hospitalization" charges and "professional service charges", which are administrative tack-on fees that should not be assessed on top of OWP fees.

52.     Banfield also advertises and promotes purported savings via OWP client renewal letters.  These form letters describe a substantial percentage savings (e.g. 50% savings) off of regular retail costs.  The advertised savings, however, are false or misleading insofar as: (i) they actually accumulate at the end of a plan year, if at all; (ii) they ignore the costs of unnecessary pet care products and services that Banfield upsells to OWP clients, (iii) they factor out improper administrative fees (including "hospitalization" and "professional service" charges), and (iv) they do not take into account cancellation costs.

53.     Plaintiff is informed and believes that substantially similar marketing representations about minimum and/or percentage savings are made orally by staff members and distributed in writing to OWP clients throughout California and the country.

54.     For each OWP, Banfield charges a one-time membership fee—for example, $49.95 in California for first pets—plus ongoing monthly payments. Pricing may vary over time and/or according to the company's pricing markets in the United States.

55.     In September 2013, for a first puppy dog in California (i.e., under six months old), Banfield generally reported base monthly payments at $32.95 (i.e., the Early Care OWP) and monthly payments under the Early Care Plus OWP at about $39.95.  For an adult dog in California, Banfield generally reported base monthly payments at $31.95 (i.e., the Essential Wellness OWP), monthly payments for the mid-tier OWP at $39.95 (i.e., the Active Prevention OWP), and monthly payments for the top-tier OWP at $49.95 (i.e., the Special Care OWP).

56.     In September 2013, for a kitten in California (i.e., under 6 months), Banfield generally reported base monthly payments at $30.95 (i.e., the Early Care OWP), and monthly payments for the Early Care Plus OWP at $35.95.  For an adult cat in California, Banfield generally reported base monthly payments at $22.95 (i.e., the Essential Wellness OWP), monthly payments for the mid-tier OWP at $29.95 (i.e., the Active Prevention OWP), and monthly payments for the top-tier OWP at $39.95 (i.e., the Special Care OWP).

57.     Banfield promotes all Wellness Plans for dogs and cats as providing savings of about 45%-70% off the regular costs for preventive pet care services, plus additional OWP discounts on most other Banfield pet care products and services of about 5%-20%.

58.     After credit card enrollment, Banfield may provide the new OWP client with a copy of a standard OWP agreement.  In the terms and conditions thereunder, Banfield asserts that clients are committed to each OWP for successive one-year terms that automatically renew or upgrade unless cancelled.

**B.      Banfield Deceptively Markets Substantial Savings and Discounts under OWPs, and Unfairly Upsells Other Pet Care Products and Services to OWP Clients.**

59.     In no uncertain terms, for each OWP at issue, and at least for the past four years preceding the filing of the Complaint, Banfield has promised substantial minimum savings and percentage savings on preventive pet care products and

1     services and significant discounts on most other pet care products and services

2     offered at Banfield.

3         60.    Yet, Banfield misrepresents the purported savings and discounts under

4     each OWP in the following ways:

5             a.    The promised amount of savings simply does not add up;

6             b.    In addition to certain basic preventive care, Banfield charges

7     OWP clients for pet care products and services that they don't receive and/or don't

8     need;

9             c.    Banfield markets the OWPs as if they provide savings and

10    discounts per visit and/or per month, when in fact, savings and discounts only

11    accumulate at the end of a plan year, if at all;

12            d.    Banfield inflates the regular costs that it uses to calculate the

13    purported savings and discounts under OWPs, which costs include unjustified fees

14    and markups on top of OWP membership charges; and

15            e.    Banfield conceals, obscures, and wrongly imposes cancellation-

16    related charges.

17        61.    In its core advertising, Banfield promises that the OWPs provide

18    *essential preventive care* and "*always provide the services you pay for*."  In fact,

19    Banfield effectively charges OWP clients for unprovided and unneeded pet care

20    products and services.

21        62.    In order to meet Average Patient Charges, Banfield routinely orders a

22    variety of diagnostic tests on OWP pets (blood tests, fecal tests, ear swabs, etc.)

23    whether the pets need those tests or not.

24        63.    Over the past several years, Banfield has developed an aggressive

25    method of scheduling comprehensive exams to fit the company's business model

26    (using frequent personal contacts and/or in-person pressure tactics to schedule pet

27

28

1    exams).  Banfield strives to herd enough pets together at the same time in order to

2    shuttle them through in a highly profitable manner.

3        64.    Banfield attributes part of the savings advertised under the OWPs to

4    vaccinations that are not requested, appropriate, or available to OWP clients.  For

5    example, Banfield bases the advertised savings in part on the cost of two (2) Lyme

6    vaccinations for an adult dog in Southern California, although Banfield normally

7    does not and/or should not provide those two vaccinations.

8        65.    Banfield also attributes part of the savings advertised under the OWPs

9    to health care certificates (i.e., certificates for interstate traveling with pets).  Yet,

10   Plaintiff is informed and believes that these certificates are not routinely provided

11   and often go unused.  In fact, Banfield does not even meaningfully inform OWP

12   clients that it attributes part of the OWP savings to such certificates.

13       66.    Banfield purportedly conditions cancellation of an OWP on payment of

14   retail fees for services used up to the cancellation date.  OWP cancellations wipe out

15   prior savings and discounts.  Yet, Banfield does not disclose the retail fees for OWP

16   services in its upfront advertising.

17       67.    For OWPs that include a dental cleaning and pre-cleaning blood test,

18   Banfield effectively conditions the advertised savings and services on a future

19   event—namely, the blood test result must appear normal at the time of the cleaning.

20   Otherwise, Banfield will postpone the cleaning and charge the client for an

21   additional pre-cleaning blood test, or Banfield will cancel the cleaning.

22       68.    Since OWPs include unprovided and/or unneeded pet care products and

23   services bundled with essential preventive care, the overall OWP savings are

24   misstated.  Likewise, the savings are misstated to the extent that OWP clients cannot

25   use or otherwise do not receive all of the pet care products or services on which the

26   purported savings are based.  As a general practice, Banfield does not provide

27   refunds for unused products and services.

28

- 25 -

69.    Furthermore, the purported savings are deceptive insofar as they do not fully take into account: (i) the true costs of owning an OWP (i.e., membership, monthly fees, additional fees and markups, etc.); and/or (ii) the fact that the purported savings can only be earned after the client pays OWP fees for the entire plan year (rather than per visit or per month).

70.    In order to pump up the Average Patient Charges, Banfield also charges exhorbitant amounts to OWP clients for common pet medications.  Consequently, OWP clients end up overpaying for pet medications rather than receiving medications at discounts vs true retail costs.  Similarly, Banfield tacks on extra fees and markups to lab tests (including hospitalization charges and internal markups on lab tests performed outside of Banfield), which further inflates the purported savings and discounts under the OWPs.

71.    Furthermore, when a client wants to cancel the OWP during the plan year, Banfield may retroactively impose its full retail fees to date or assess a full year's worth of OWP payments. The harsh cancellation provisions—***which apply even when a pet dies during the plan year***—tend to wipe out the advertised savings. The cancellation provisions are doubly problematic insofar as Banfield overstates the retail fees incurred at the outset of the relationship, a fact which further locks clients into ongoing OWP commitments.

72.    Plaintiff is informed and believes that, as a matter of policy and practice, Banfield trains its sales representatives and sets up its computer system to enroll consumers in the OWPs before Banfield provides a copy of an OWP agreement.  Only after the client provides Banfield with a credit card to be charged for automatic enrollment purposes does Banfield provide the OWP agreement to the client, if at all.  This unfair, deceptive, and unlawful sales tactic is designed to induce consumers to commit to the OWP before considering restrictions that severely reduce the value of the purchased services.

73.     After credit card enrollment (and often after the initial exam), Banfield may provide the client with the OWP agreement, including the harsh and inequitable cancellation provision in fine print.

74.     Plaintiff relied on Banfield's marketing because, unlike Banfield, Plaintiff did not have access to and knowledge of the services and retail costs on which Banfield purportedly based the advertised savings and discounts.  Nor did Plaintiff have specialized knowledge about the pet care products and services being sold.

75.     At the time Plaintiff purchased his OWPs, he did not know that Banfield's advertised savings and discounts on pet care products and services were false and/or misleading.

76.     In addition to the deceptively marketed savings and discounts, and as a matter of policy and practice throughout at least the four years preceding the filing of this Complaint, Banfield has employed unfair sales tactics to upsell additional pet care products and services to OWP clients.

77.     Moreover, at the time Plaintiff purchased his OWPs, he did not know that Banfield was engaging in sales tactics designed to push pet care products and services on OWP clients in order to achieve an Average Patient Charge.

78.     Consumers like Plaintiff must and do rely on pet care hospitals to honestly describe their costs and savings, not to upsell unnecessary or overpriced products and services, and to put the welfare of the pets ahead of corporate profits.

**C.     Former Banfield Employees and Clients Reveal How Banfield Pushes OWPs, Upsells Pet Care Products and Services to OWP Clients, and Fails to Deliver the Advertised Products and Services for the Advertised Discounted Prices.**

79.     Online testimonials from former Banfield employees, including the following examples, are telling:

a) "[Constant] pressure from corporate to sell the more
expensive wellness plans. At one point we were being told
we need to 'triple penetrate' the clients for various types of
preventative plans. There is constant over scheduling of
exams and surgeries."

b) "I was a very hardworking, dedicated employee who had
never received a written communication memo and
suddenly received two with in three months time for not
meeting the wellness plan precentage [sic] for the quarter. I
had no other option but to seek employment elsewhere as I
was imminently facing termination."

c) "The corporate headquarters of this company only cares
about the bottom line.  They gouge their clients, and expect
their employees to do the same."

d) "I felt so sorry for our relief/new hire doctors because they
would put together a reasonable treatment plan for a Pet
(reasonable being what the pet needed no extras) and then
get berated that their APC (Average Patient Charge) was
below $140! Some would cave in after multiple nasty
emails and phone calls, many moved on. I felt sorry for the
poor pets and clients. Its hard to respect a company who
doesn't respect their clients."

e) "Banfield has something called APC, average patient
charge. This is the figure that determines the success of
your hospital at the end of the day. Patient care = APC.
Bottom line."

      f)   "Constantly having to upsell unnecessary products and the Wellness Plans."

      g)   "You have to try and sell as many wellness plans as you can and whatever monthly item corporate wants you to sell. All the hospitals get ranked in their district so it's always a competition. . . .Some customers get annoyed when they're not on a plan and you ask them each visit if they want to join. Each customer is seen as a dollar sign, your goal is to make them spend more than $100 each visit."

      h)   "I have been a vet tech with Banfield for six years. It began as my dream job. . . Then we were taken over, by all things, a giant candy corporation. This made perfect sense of course -- making chocolate and caring for pets is obviously a natural transition. That is when it began a rapid downhill slide toward the changing of priorities to the all-mighty dollar in place of pet care."

80.    These employee testimonials (which are available online at sites such as glassdoor.com) reflect how Banfield upsells unnecessary pet care services (like needless diagnostic tests) and costly medications (like overpriced antibiotics, heartworm medications, and flea medications) at inflated prices to a captive audience, while routinely failing to provide the comprehensive preventive care that Banfield promised to provide in accordance with its advertising.

81.    Plaintiff is informed and believes that the Banfield Petware computer system automatically recommends extra diagnostic tests and/or medications for pets such that OWP clients incur additional charges that otherwise could have been reduced or avoided.

82.     Plaintiff is also informed and believes that, as a matter of policy and practice, Banfield staff are trained to achieve an Average Patient Charge (e.g., north of $100 per visit) and thus to induce OWP clients to pay for pet care products and services that are not needed and/or not provided.

83.     Plaintiff, like other OWP clients, was unfairly induced to purchase unnecessary diagnostic tests and medications for his pets without receiving full advance disclosures.  Plaintiff could have avoided those charges entirely or gone elsewhere and paid less.

84.     Like the former Banfield employee statements, there are a huge number of former client complaints about Banfield practices reflecting how Banfield upsells unnecessary services and medications and fails to deliver the advertised preventive care services for the advertised discounted prices. Many hundreds if not thousands of client complaints are available online at consumer sites such as consumeraffairs.com, consumerboard.com, and yelp.com, and at the Better Business Bureau.  Several examples follow:

     a) "I've been taking my dog to Banfield for years now. I got the Wellness Plan after telling me it would save money. It never did. Every time I take the dog to Banfield, I'm told this or that needs to be done and some of the dumbest reasons why. I'm going to be honest here good people, I work for Petsmart (number of years). Don't take your animal to Banfield, they will take you for every penny you have and try and scare you into buying everything and anything."

     b) ". . .I personally feel like they prey on owners who care deeply for their pets by quoting high retail costs and then using that as a means to get people to sign up for wellness