# Exhibit J



# Optimum Wellness Plan
# Health Care Agreement

5521 Mirage St
Yorba Linda, CA 92886-
(714) 637-5957

**Basic Care**

### Subscriber & Patient Information
Subscriber **Greg Pero**
Patient **Emily**

### Agreement Information
Start Date **January 25, 2010**
Document 0098-8809259
Category Kitten
Discount 5 %

### Agreement Fees
Membership $54.95
Monthly $22.95
Due Today $77.90

The Subscriber with whom this agreement is made has purchased from Banfield, The Pet Hospital ("Provider") the listed Pet health services described below for the Patient identified above, and Subscriber agrees to pay Provider the membership fee and the annual and/or monthly installments provided above for the full term of this agreement, including any renewal. The package of Pet health services purchased by Subscriber as set forth in this agreement are to be furnished to Patient during each year commencing on the start date listed above. Subscriber may purchase another package of services for the next year with no membership fee as described on page 2 of this agreement.

The following Pet health services are provided to Emily as directed by a Banfield Veterinarian:

**1 Vaccinations**
(a) Rabies
(b) Feline Distemper
(c) Rhinotracheitis
(d) Calicivirus
(e) Leukemia Virus
(f) Infectious Peritonitis

**2 Office Services**
(a) Office visits
(b) Flea control counseling
(c) Nutrition counseling
(d) Weight counseling

**3 Examinations**
(a) Comprehensive examination
(b) Physical exams whenever needed
(c) Dental examination
(d) Rectal examination
(e) Otoscopic examination
(f) Ophthalmic examination

**4 Laboratory Tests/Services**
Performed in Hospital Lab
(a) Fecal Examinations
(b) Feline Leukemia Test*
(c) Feline AIDS Test*
(d) Routine Deworming
(e) Ear Swab*

* First Plan Year

## Wellness Plan Schedule for: Emily

| Vaccine Series & Health Checks | Comprehensive Examination Drop-off | | Free Office Visits & Checkups |
|---|---|---|---|
| As recommended by your kitten's Medical Team | Vaccinations due<br>Comprehensive physical exam<br>Fecal examination<br>Rectal examination<br>Otoscopic examination<br>Ophthalmic examination<br>Hospitalization | Dental examination<br>Weight counseling<br>Nutrition counseling<br>Flea control counseling<br>Feline Leukemia Test<br>Feline AIDS Test<br>Deworming | *Free* Checkup anytime you notice something out of the ordinary |
| | To Be Scheduled | | Anytime |

Kitten care schedules vary and will require visits every 1-3 weeks as determined by your Veterinarian. These visits are included under your plan.

**ADDITIONAL TERMS AND CONDITIONS ON NEXT PAGE**

YOUR VETERINARIAN WILL DETERMINE AND RECOMMEND WHICH VACCINES ARE APPROPRIATE FOR YOUR KITTEN TO RECEIVE


**Banfield**
THE PET HOSPITAL ♦ SINCE 1955
5521 Mirage St
Yorba Linda, CA 92886-
(714) 637-5957

**Optimum Wellness Plan**
**Health Care Agreement**

Basic Care

**Agreement Information**
Start Date   January 25, 2010
Document     0098-8809259
Category     Kitten
Discount     5 %

### Subscriber & Patient Information

Patient   Emily

Subscriber        Greg Pero
Billing Address   8710 E Foxhollow Dr
City/St/Zip       Anaheim, CA 92808

YOUR OPTIMUM WELLNESS PLAN INCLUDES ONLY THE SERVICES LISTED ON THE PREVIOUS PAGE FOR THE PERIOD DESCRIBED ON THE PREVIOUS PAGE. IT DOES NOT INCLUDE ANY SERVICES NOT LISTED THERE, ANY SERVICES PROVIDED BY ANYONE OTHER THAN PROVIDER, OR ANY FEES FOR SERVICES RECOMMENDED AS A RESULT OF ILLNESS OR ACCIDENTAL INJURY. FEES FOR SUCH SERVICES WILL BE DETERMINED BETWEEN THE PARTIES IN ACCORDANCE WITH THE FEE SCHEDULE IN EFFECT AT THE TIME AND MUST BE PAID AT THE TIME THEY ARE RENDERED.

### Additional Terms and Conditions

1. This agreement is not transferable or assignable and applies only to the Patient designated above while owned by Subscriber. Subscriber may obtain care for Patient under this agreement only at the hospital designated above. (Provider will allow use at other locations in the future when Provider's systems have been modified to support such use.) Either Provider or Subscriber may cancel this agreement at any time. If Subscriber cancels for any reason (including but not limited to death or disposal of Patient) whether before or after Provider has rendered services, Provider shall be entitled to retain the entire membership fee. Provider shall also be entitled to retain or recover from Subscriber all monthly installments that have become due, including the installment for the month in which cancellation occurs. If the total amount of services rendered by Provider prior to cancellation, (valued at Provider's full retail prices) exceed the sum of monthly installments retained or recovered by Provider, Subscriber shall be obligated to do one of the following as selected by the Subscriber (a) immediately pay for services in excess of the payments received or (b) immediately pay in full the remaining monthly installments for the remainder of the Wellness Plan term year then in effect, or (c) continue making all of the remaining installments for the term then in effect as such installments come due. If Subscriber has paid the full annual fee in advance upon cancellation by Subscriber, Provider will refund the monthly installments for the remaining months after the month in which cancellation occurs, less the excess, if any, of the services rendered by Provider before cancellation, valued at Provider's full retail prices less the total amount of monthly installments that Subscriber would have been required to pay through the month in which cancellation occurs. If Subscriber performs all his or her obligations and Provider cancels the agreement, all monthly or annual fees Subscriber has paid for the current term year will be refunded in full, less Provider's full retail charges for any services rendered before cancellation. In no other cases will any amount paid by Subscriber be refunded upon cancellation. Provider may require Subscriber to have Patient permanently identified by microchip or tattoo at Provider's sole option. If Provider requires such identification, Provider will provide the identification service at a 50 percent discount from Provider's standard fees.
2. This agreement will be effective for the period stated above and will be automatically renewed for subsequent periods of one year each unless and until Subscriber or Provider terminates this agreement as of the end of any term year by written notice to the other party given no less than 30 days prior to the automatic renewal date. Upon renewal, no membership fee will be charged unless Subscriber transfers to a different plan, in which case a membership fee may be charged.
3. The Provider reserves the right to adjust monthly fees and services at any anniversary date or to cease at any time to provide the plans.
4. The following items or services are NOT covered by this agreement:
    a) Services and/or products purchased from PetSmart including grooming and obedience training
    b) Services rendered by specialists to whom Patient is referred by the Provider
    c) Services at any institution or hospital, other than the Provider, or services by veterinarians not employed by the Provider
5. The discount listed above applies to all services and products purchased from Provider for this Patient during the term of this agreement except therapeutic diets, vitamins, prescription and non-prescription flea control products, and prescription heartworm preventives. The discount does not apply to <u>any</u> purchases made at PetSmart or any training, boarding or grooming fees incurred at facilities owned and/or operated by PetSmart or Provider
6. Subscriber understands that besides the unlimited free checkups, all services will be provided to Patient during scheduled "drop-offs" when the Patient will be left by Subscriber at the hospital for an agreed upon time of at least 4 hours and which will generally not be on holidays or weekends. Provider will make all reasonable efforts to make "drop-off" and pickup times convenient to Subscriber during regular business hours
7. Installment payments can either be billed directly to your credit card or deducted from most bank accounts. An overdraft and reprocessing fee of $20.00 will be billed to Subscriber on returned/dishonored checks/charges. Subscriber is responsible for notifying Provider of any change in account setups for billing. In the event Subscriber fails to pay any installment within 30 days of its due date, Provider may immediately terminate this agreement and declare all fees and remaining monthly installments for the then current term year to be immediately due and payable. If Provider permits Subscriber to restart the program after termination under this section, a new application and membership fee will be required unless special arrangements are made and agreed to in advance
8. In the event that cancellation of this agreement for any reason results in monies due to either Subscriber or Provider, such monies shall be paid in full within 30 days of cancellation. If either party fails to make any payment when due under this agreement, that party shall pay the other party's collection costs whether or not a legal action is commenced. In the event of any legal proceeding (including appeals) the prevailing party shall be entitled to recover its costs, disbursements and reasonable attorneys' fees as determined by the court

| _____ 01/25/2010 | _____ 01/25/2010 |
|---|---|
| Hospital Representative | Subscriber   Greg Pero |

### Installment Payment Plan (Financial Institution Information & Authorization)

**Credit Card**
Type            Master Card
Card #          xxxxxxxxxxxx4017
Expires         xx/xx
Holder          Gregory T Pero
Withdrawal Date 26th of each month

**Authorization**
As a duly authorized signatory on the adjacent account I authorize Banfield, The Pet Hospital to keep my signature on file and to debit the adjacent account according to the terms and conditions of the Optimum Wellness Plan Agreement

_____ 01/25/2010
Subscriber   Gregory T Pero