# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 13-01749-JLS (ANx) | Date | April 11, 2014 |
|---|---|---|---|
| Title | Gregory T. Pero v. Medical Management International, Inc. | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. District Judge |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lee Gordon | Stephen Raber |

**Proceedings:** Hearing Re Defendant's Motion to Dismiss [15]

    Matter called. Tentative ruling set forth on the record. Oral arguments heard. Matter taken under submission.

                                                                               : 20

Initials of Preparer    tg