1  STEVE W. BERMAN (admitted *pro hac vice*)
   steve@hbsslaw.com
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 8th Avenue, Suite 3300
3  Seattle, WA 98101
   Telephone: (206) 623-7292
4
   LEE M. GORDON (SBN 174168)
5  lee@hbsslaw.com
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  301 North Lake Avenue, Suite 203
   Pasadena, CA 91101
7  Telephone: (213) 330-7150

8  *Counsel for Plaintiffs*

9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTAL DISTRICT OF CALIFORNIA**

12                     **SOUTHERN DIVISION**

13

14  GREGORY T. PERO, an individual, and       Case No. 8:13-cv-01749 JLS (ANx)
    JEANINE N. METHENY, an individual,
15  *et al.*, on behalf of themselves and all    CLASS ACTION
    others similarly situated,
16
17                              Plaintiffs,     **STIPULATION OF**
                                               **VOLUNTARY DISMISSAL**
18
          v.
19
20  MEDICAL MANAGEMENT
    INTERNATIONAL, INC., d.b.a. Banfield
21  Pet Hospital, a Delaware Corporation,
22
23                              Defendant.

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby agreed

2  between Plaintiffs Greg Pero and Jeanine Metheney, on the one hand, and Defendant

3  Medical Management International, Inc., on the other hand, that all claims of Plaintiffs

4  Greg Pero and Jeanine Metheney against Defendant Medical Management

5  International, Inc. in the above-captioned action are voluntarily dismissed with

6  prejudice and without costs, and with each party to bear its own respective attorneys'

7  fees and costs.

8

9        THE PARTIES HEREBY STIPULATE AND AGREE TO THE ABOVE.

10

11  DATED: May 14, 2014                    Respectfully submitted,

12

13                                         HAGENS BERMAN SOBOL SHAPIRO LLP

14                                         By:  ___/s/ Lee M. Gordon_____
                                                 Lee M. Gordon
15                                               lee@hbsslaw.com

16
                                           301 North Lake Avenue, Suite 203
17                                         Pasadena, CA  91101
                                           Telephone: (213) 330-7150
18
                                           Steve W. Berman (*pro hac vice*)
19                                         steve@hbsslaw.com
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
20                                         1918 8th Avenue, Suite 3300
                                           Seattle, WA  98101
21                                         Telephone:  (206) 623-7292

22                                         *Attorneys for Plaintiffs*

23

24                                         BIRD, MARELLA, BOXER, WOLPERT,
                                           NESSIM, DROOKS & LINCENBERG, P.C.
25

26                                         By:  ___/s/ John K. Rubiner_____
                                                 John K. Rubiner
27                                               jkr@birdmarella.com

28

010394.11  689818  V1
                                          - 1 -

1

2

3

4

Gary S. Lincenberg (SBN 123058)
gsl@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310) 201-2100

5

WILLIAMS & CONNOLLY LLP

6

7

8

By:   /s/ Stephen D. Raber
            Stephen D. Raber
            sraber@wc.com

9

10

11

Mara W. Murphy (SBN 185902)
mmurphy@wc.com
725 Twelfth Street, N.W.
Washington, D.C. 20005

12

13

*Attorneys for Defendant Medical Management*
*International, Inc.*

14

15

16

I, Lee M. Gordon, attest that concurrence in the filing of this document has been
obtained from each of the other signatories.

17

18

              /s/ Lee M. Gordon
                  Lee M. Gordon

19

20

21

22

23

24

25

26

27

28

010394.11  689818  V1

- 2 -

1

2

## CERTIFICATE OF SERVICE

3

4        I hereby certify that on May 14, 2014, I electronically filed the foregoing

5    document using the CM/ECF system which will send notification of such filing to the

6    e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail

7    Notice List, and I hereby certify that I have caused to be mailed a paper copy of the

8    foregoing document via the United States Postal Service to the non-CM/ECF

9    participants indicated on the Manual Notice List generated by the CM/ECF system.

10

11                                                        /s/ Erika Shaw
                                                            Erika Shaw

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28